IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR438 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TORONE RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon Motion of the Plaintiff requesting permission to file under seal its Motion for Disclosure (Filing No. 60).

IT IS ORDERED that the Motion of the Plaintiff for permission to file under seal its Motion for Disclosure (Filing No. 60), is granted.

Dated this 1st day of April 2009.

BY THE COURT:

S/ F. A. Gossett III
United States Magistrate Judge