## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR438** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TORONE RUSSELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the third party's request for a transcript (Filing No. 151).

The request for a transcript of the trial testimony of Kenneth Jones is hereby granted. The court reporter is directed to produce said transcript and deliver the same to the third party upon payment of the fees for said transcript.

IT IS ORDERED that the third party's request for a transcript (Filing No. 151) is granted under the conditions described above.

DATED this 9th day of July, 2009

BY THE COURT:

s/Laurie Smith Camp
United States District Judge